IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 9 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| Elvira Leal,<br>   Plaintiff | §<br>§<br>§<br>§ |
| vs. | §    Case Number |
| Jo Anne B. Barnhart, Commissioner of The<br>Social Security Administration,<br>   Defendant | §<br>§<br>§<br>§ |

B-03-107

## COMPLAINT

Plaintiff, by her attorney, alleges as follows:

1. The jurisdiction of this court is invoked pursuant to 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3) to review a decision of the Commissioner of Social Security denying plaintiff's application for Social Security Disability and Supplemental Security Income disability benefits for lack of disability.

2. This action is an appeal from a final administrative decision denying plaintiff's claim.

3. This action is commenced within the appropriate time period set forth in the Action of Appeals Council on Request for Review dated May 2, 2003.

4. Plaintiff resides at 100 La Herencia Dr., Apt. 391, Brownsville, Cameron County, Texas 78570-9671.

5. The defendant is the Commissioner of Social Security.

6. Plaintiff is disabled.

7. The conclusions and findings of facts of the defendant are not supported by substantial evidence and are contrary to law and regulation.

**WHEREFORE,** plaintiff prays that this Court:

1. find that the plaintiff is entitled to disability benefits under the provisions of the Social Security Act; or

2. remand the case for a further hearing;

3. award attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), on the grounds that the Commissioner's action in this case was not substantially justified; and

4. on such other and further relief as the Court deems just and proper.

Dated at McAllen, Texas, the 6th day of June, 2003.

*INGRAM LAW FIRM, P.C.*

By: _____
John J. Ingram, II
Attorney-In-Charge
Texas Bar No. 24025447
3016-A No. McColl
McAllen, Texas 78501
Telephone: (956) 661-0074
Telecopier: (956) 661-0047

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 9 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| Elvira Leal<br>    Plaintiff | §<br>§<br>§ |
| Vs. | §    Case Number: _____ |
| Jo Anne B. Barnhart, Commissioner of The<br>Social Security Administration,<br>    Defendant | §<br>§<br>§ |

B-03-107

### CERTIFICATE OF INTERESTED PERSONS

COMES NOW, Plaintiff, in compliance with the provisions of the Local Rules 3.1(f) and 7.4 of the Northern District, to certify that Plaintiff is the only party with a financial interest in the outcome of this case. However, Social Security benefits are inheritable and the Act provides that Plaintiff's attorney may be paid out of any award of back benefits. Therefore, if the Court considers that these are also interested parties then Plaintiff's attorney and her heirs are also hereby interested herein.

Respectfully submitted this 6th day of June, 2003.

INGRAM LAW FIRM, P.C.

By: _____
John J. Ingram II
Attorney-In-Charge
Texas Bar No. 24025447
3016-A No. McColl
McAllen, Texas 78501
Telephone: (956) 661-0074
Telecopier: (956) 661-0047