IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 9 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| Elvira Leal § | |
| Plaintiff § | |
| § | |
| Vs. § | Case Number: B-03-107 |
| § | |
| Jo Anne B. Barnhart, Commissioner of The § | |
| Social Security Administration, § | |
| Defendant § | |

## CERTIFICATE OF INTERESTED PERSONS

COMES NOW, Plaintiff, in compliance with the provisions of the Local Rules 3.1(f) and 7.4 of the Northern District, to certify that Plaintiff is the only party with a financial interest in the outcome of this case. However, Social Security benefits are inheritable and the Act provides that Plaintiff's attorney may be paid out of any award of back benefits. Therefore, if the Court considers that these are also interested parties then Plaintiff's attorney and her heirs are also hereby interested herein.

Respectfully submitted this 6th day of June, 2003.

*INGRAM LAW FIRM, P.C.*

By: _____
John J. Ingram II
Attorney-In-Charge
Texas Bar No. 24025447
3016-A No. McColl
McAllen, Texas 78501
Telephone: (956) 661-0074
Telecopier: (956) 661-0047