UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ELVIRA LEAL | § § | Civil Action No. B-03-107 |
| | § | |
| Plaintiff | § § | |
| | § | |
| v. | § § | |
| | § | |
| JO ANNE B. BARNHART, | § | |
| Commissioner of the | § | |
| Social Security Administration | § § | |
| | § | |
| Defendant | § | |

### PLAINTIFF'S MOTION FOR
### VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The plaintiff filed a petition for judicial review of an administrative decision denying her claim for social security disability benefits.

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the plaintiff now asks the Court to dismiss the petition for judicial review without prejudice because, upon further evaluation of the entire transcript and on advice of counsel, the plaintiff does not believe that the facts or the law will support a remand or reversal of the administrative decision.

Rule 41 gives the Court broad discretion in granting a motion for voluntary dismissal without prejudice. This dismissal will not prejudice or operate to the detriment of the defendant.

Respectfully submitted,

**INGRAM LAW FIRM, P.C.**

By: _____
JOHN J. INGRAM II
State Bar No. 24025447
3016-A N. McColl
McAllen, Texas 78501
(956) 661-0074

ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was mailed to the opposing counsel on September 11, 2003 by United States mail and by facsimile.

Marguerite E. Lokey
Special Assistant U.S. Attorney
Federal Bar No.: 30213
Texas State Bar No.: 12507500
1301 Young Street, Suite 430
Dallas, Texas 75202
Tel: (214) 767-3297
Fax: (214) 767-9189