United States District Court
Southern District of Texas
FILED

SEP 1 8 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ELVIRA LEAL | § § | Civil Action No. B-03-107 |
| Plaintiff | § § § | |
| v. | § § | |
| JO ANNE B. BARNHART,<br>Commissioner of the<br>Social Security Administration | § § § § | |
| Defendant | § § | |

### STIPULATION OF DISMISSAL

The plaintiff and defendant file this stipulation of dismissal under Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and represent the following agreement to the Court for approval:

The plaintiff filed a petition for judicial review of an administrative decision denying her claim for social security disability benefits.

The plaintiff now asks the Court to dismiss the petition for judicial review without prejudice.

The defendant, who has answered, agrees to the dismissal without prejudice.

This case is not a class action.

A receiver has not ben appointed in this action.

This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

The plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

The dismissal is without prejudice.

Respectfully submitted

By: _____
JOHN J. INGRAM, II
Texas State Bar No. 24025447
3016-A N McColl
McAllen, Texas 78501
Tel: 956.661.0074
Fax: 956.661.0047

ATTORNEY IN CHARGE FOR
PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was mailed to the opposing counsel on September 11, 2003 by United States mail and by facsimile.

Marguerite E. Lokey
Special Assistant U.S. Attorney
Federal Bar No.: 30213
Texas State Bar No.: 12507500
1301 Young Street, Suite 430
Dallas, Texas 75202
Tel: (214) 767-3297
Fax: (214) 767-9189