IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ELVIRA LEAL | § | |
| *Plaintiff* | § | |
| Vs | § | |
| | § | Civil Action No.: **B-03-107** |
| Jo Anne B. Barnhart, Commissioner | § | |
| Social    *Defendant.* | § | |

## ORDER FOR STIPULATION OF DISMISSAL

After considering the parties' Stipulation to Dismissal, the court **GRANTS** the motion and dismisses the case without prejudice.

SIGNED this the 25 day of Sept., 2003.

_____
UNITED STATES DISTRICT JUDGE

copies to:

MARGUERITE E. LOKEY
Special Assistant U.S. Attorney
1301 Young Street, Suite 430
Dallas, Texas 75202
Tel: (214) 767-3297
Fax: (214) 767-9189

JOHN J. INGRAM, II
INGRAM LAW FIRM, P.E.
3016-A N. McColl
McAllen, Texas 78501
Tel: (956) 661-0074
Fax: (956) 661-0047